```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
WARREN C. SLATEN and SYBIL SLATEN,              :
                        Plaintiffs,             :
v.                                              :     ORDER
                                                :
WHITNEY J. SLATEN AND MARTHA                    :     22 CV 2488 (VB)
SLATEN,                                         :
                        Defendants.             :
--------------------------------------------------------------x
```

As discussed at a conference held on the record today, at which counsel for all parties appeared, it is HEREBY ORDERED:

1. Because counsel stated both parties wish to waive their right to trial by jury, the parties shall submit a stipulation to that effect by **December 4, 2024**.

2. By **January 21, 2025**, the parties shall submit to the Court for its approval a Joint Pretrial Order, which shall comply with both Fed. R. Civ. P. 26(a)(3) and Paragraph 4.A of the Court's Individual Practices.

3. By **March 10, 2025**, the parties shall file proposed findings of fact and conclusions of law, as well as motions in limine, if any.

4. By **March 17, 2025**, the parties shall file oppositions to motions in limine, if any. No replies will be permitted absent prior Court approval.

5. Trial is scheduled to begin on **March 31, 2025, at 9:30 a.m.**

Dated: November 20, 2024
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge